Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LHF Productions, Inc., a Nevada Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>John and Jane Doe 1-26 ,<br><br>            Defendants. | Case No. 2:16-cv-01194-JZB<br><br>**NOTICE OF DISMISSAL OF DOE DEFENDANTS 1 & 18 WITH PREJUDICE** |

LHF Productions, Inc., provides notice of its voluntary dismissal **with** prejudice of John Doe Defendants 1 and 18.  Each party shall bear its own attorneys' fees and costs. John Does 1 and 18 have not appeared in this action and no answer has been filed; accordingly, dismissal under Rule 41(a) is appropriate.


RESPECTFULLY SUBMITTED this 19th of October, 2016.

KERCSMAR & FELTUS PLLC

By _s/Gregory Collins_
    Geoffrey S. Kercsmar
    Gregory B. Collins
    7150 East Camelback Road, Suite 285
    Scottsdale, Arizona 85251
    *Attorneys for Plaintiff*