Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LHF Productions, Inc., a Nevada Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>Thomas H. Dull and Jane Doe Dull, Stacy Harmon and John Doe Harmon, all Arizona residents<br><br>              Defendants. | Case No. 2:16-cv-01194-JZB<br><br>**NOTICE OF STACY AND JOHN DOE HARMON WITHOUT PREJUDICE** |

          LHF Productions, Inc., provides notice of its voluntary dismissal **without** prejudice of Stacy Harmon and John Doe Harmon.  Each party shall bear its own attorneys' fees and costs.  Stacy Harmon and John Doe Harmon have not appeared in this action and no answer has been filed; accordingly, dismissal under Rule 41(a) is appropriate.

          RESPECTFULLY SUBMITTED this 14th of November, 2016.

                              KERCSMAR & FELTUS PLLC


                    By  _s/Gregory Collins_____
                              Geoffrey S. Kercsmar
                              Gregory B. Collins
                              7150 East Camelback Road, Suite 285
                              Scottsdale, Arizona 85251
                              *Attorneys for Plaintiff*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001