Thomas Dull
4207 W Dailey Street
Phoenix, AZ  85053
(602) 909-8179
Defendant Pro Se



United States District Court
for the
District of Arizona

LHF Productions, Inc., a Nevada corporation,   Civil Action No. 2:16-cv-01194-JZB

Plaintiff,

v.                                                                **ANSWER**

Thomas H. Dull,

Defendant.

I, Thomas Dull, deny each and every allegation of the Plaintiff's Amended Complaint.

I am a 69 year old retired man with no computer skills whatsoever. I do not know how to download movies. I also suffer from macular degeneration disease and I can barely see a television screen.

1

My WIFI was set up by a son who may or may not have set up a password for protection. I have never had the occasion to use the WIFI.

I did not download the movie of which I am accused of downloading. In fact, I have never even seen this movie.

I hereby request that I be dismissed from this lawsuit as I have done nothing wrong.

Dated this 22nd day of November, 2016.

_____
Thomas Dull
Defendant Pro Se

Original and 3 copies mailed for filing this
22nd day of November, 2016, to:

Clerk, United States District Court
401 W Washington, Suite 130
Phoenix, AZ  85003

Copy also mailed this same date to:

Gregory B. Collins
Kercsmar & Feltus PLLC
7150 E Camelback, Suite 285
Scottsdale, AZ  85251

_____