# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LHF Productions Incorporated, | No. CV-16-01194-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Parties, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 31), and good cause appearing,

**IT IS ORDERED** that the Stipulation for Dismissal (Doc. 31) is granted.

**IT IS FURTHER ORDERED** that this matter be dismissed with prejudice, each party to bear its own fees and costs.

Dated this 6th day of February, 2017.

Honorable John Z. Boyle
United States Magistrate Judge